Joe Leyba **RAMIREZ**, Appellant,

v.

**The STATE of Texas, Appellee.**

No. 44848.

Court of Criminal Appeals of Texas.

Feb. 23, 1972.

M. N. Garcia, Austin, for appellant.

Robert O. Smith, Dist. Atty., and Michael J. McCormick, Asst. Dist. Atty., Austin, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DALLY, Commissioner.

The conviction is for the possession of heroin; the punishment, ten years imprisonment.

The appellant's court-appointed counsel on appeal has filed a brief which raises no ground of error and states "Counsel further finds there is no other error upon which a non-frivolous appeal might be based." The record does not reflect that a copy of the brief was served upon the appellant as is required by Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L. Ed.2d 493 (1967); Gainous v. State, 436 S.W.2d 137 (Tex.Crim.App.1969); Holder v. State, 469 S.W.2d 184 (Tex.Crim.App. 1971); Barber v. State, 471 S.W.2d 814 (Tex.Crim.App.1971). This appeal will be abated until the record shows that there has been a compliance with the above cited authorities. See Simmons v. State, 475 S.W. 2d 787 (Tex.Crim.App.1972); Ex parte

Grant, 476 S.W.2d 702 (Tex.Crim.App. 1972).

For the reasons stated, the appeal is abated.

Opinion approved by the court.